# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT FRANKLIN, § | | |
| *Plaintiff*, § | | |
| § | | |
| § | | |
| v. § | | CASE NO. 4:21-cv-3722 |
| § | | |
| THE UNITED STATES, et al., § | | |
| *Defendants*. § | | |
| § | | |

## NOTICE OF SETTLEMENT

Plaintiff, Robert Franklin, was a Defendant in a civil forfeiture case *The United States of America v. $98,020.00 In US CURRENCY* – 4:20-cv-1084. That case was closed after an agreed dismissal was filed on December 16, 2021 because the parties settled the case. Ex. 1. A term of the settlement is that Franklin will dismiss his related civil lawsuit under case number 4:21-cv-3722, which is this case, and release all claims.

    Respectfully submitted,

    JENNIFER B. LOWERY
    United States Attorney

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

    Attorneys-in-Charge for Defendants

**Certificate of Service**

I certify that on January 6, 2022, the foregoing filing was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

/s/*Ariel N. Wiley*
Ariel N. Wiley
Assistant United States Attorney