UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT FRANKLIN,<br>  *Plaintiff*, | § § § § | |
| v. | § | CASE NO. 4:21-cv-3722 |
| THE UNITED STATES, et al.,<br>  *Defendants*. | § § § § § | |

<u>Defendant United States' Status Report</u>

  Plaintiff filed a motion to reinstate this case and sanction the United States. Dkt. 9. This Court granted the opposed motion in part and ordered the parties to file a status report by February 4, 2022 regarding next steps in litigation.[1] Dkt. 10.

  No other litigation is necessary.

  Plaintiff filed a motion to reinstate because he has yet to receive his money. Dkt. 9. Of course, a conditional dismissal is designed to allow the Defendant time to complete the settlement. Plaintiff preemptively moved to reopen the case well before the Court's February 4th deadline. Plaintiff did this despite knowing that the United States is expediting the payment and a request has already been sent to the Treasury. In the end, this case may not have needed to be reopened at all. After the case was reopened, Plaintiff contacted undersigned counsel to request initial disclosures and to proceed with litigating the case.

  This is a waste of time.

  Even if this case were to proceed, the United States has yet to answer the complaint. If it were to do so, the United States would move to dismiss because the Court lacks jurisdiction.

---

[1] The United States intends to timely respond to Plaintiff's motion for sanctions by February 14, 2022 unless the Court orders otherwise.

The next steps necessary in litigation is to allow the United States to time to transfer the funds to the Plaintiff. Any further litigation in this case is unnecessary because the Plaintiff has already agreed to dismiss this case in his signed agreed motion to dismiss. As such, the United States will be filing a motion to stay following this status report.

    Respectfully submitted,

    JENNIFER B. LOWERY
    United States Attorney

By: /s/ *Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney
    Texas Bar No. 24093366
    Federal ID No. 2554283
    1000 Louisiana, Suite 2300
    Houston, Texas 77002
    Telephone: (713) 567-9000
    Facsimile: (713) 718-3303
    Email: ariel.wiley@usdoj.gov

    Attorneys-in-Charge for Defendants

<u>Certificate of Service</u>

I certify that on January 25, 2022, the foregoing filing was filed with the Court through the Court's CM/ECF system on all parties and counsel registered with the Court CM/ECF system.

    /s/*Ariel N. Wiley*
    Ariel N. Wiley
    Assistant United States Attorney