IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ROBERT FRANKLIN § | | |
| *Plaintiff* § | | |
| v. § | | CIVIL ACTION 4:21-CV-03722 |
| § | | |
| THE UNITED STATES, et al., § | | |
| *Defendants* § | | |

**PLAINTIFF'S ROBERT FRANKLIN'S PRELIMINARY STATUS REPORT AND OBJECTION TO PROPOSED INDEFINITE STAY OF PROCEEDINGS**

The Court has granted a Motion to Reinstate this case and ordered the parties to file a status report by February 4, 2022, regarding the next steps of litigation (Dkt. 10). Plaintiff files this preliminary status report and will supplement on February 4, 2022. The money has not been returned. In the event the United States of America fulfills their obligation to return the $98,020.00 before February 4, 2022, Plaintiff will advise the Court immediately.

In response to the Defendant's complaints about having to do any work on this case, Defendant does not offer any reasonable deadline for their compliance with their agreement to return the funds to Plaintiff.

The communication Ms. Wiley complains about, suggesting she needs to complete her initial disclosures and confer, is attached as Exhibit A. It contains a copy of Dkt. 2 "Order for Conference" entered on November 15, 2021. That notice was sent to her by Plaintiff per the order of the Court "to ensure full notice, each party who receives this notice must confirm that every party knows of the setting."

On February 4, 2022, counsel for Plaintiff will advise the Court whether the promised funds have been received and will do so at any moment earlier than that if they are received.

1

The United States request for an indefinite stay of this matter until the United States decides to get around to returning the money suggests they want justice delayed and justice denied. Plaintiff's lawyer will continue to seek disclosures being exchanged, reviewed, and discussed with opposing counsel well before the conference set February 14, 2022, at 11am.

Defendant's request to stay all proceedings indefinitely should be denied.

Respectfully submitted,

/s/ Greg Gladden
GREG GLADDEN
Law Office of Greg Gladden
3017 Houston Avenue
Houston, Texas 77009
Phone: 713.880.0333
Fax: 713.880.4018
State Bar No.: 07991300

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties registered for CM/ECF and via email to:

KAREN M. LANSDEN
ATTORNEY-IN-CHARGE IN CIVIL ACTION NO. 4:20-CV-1084
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA, SUITE 2300
HOUSTON, TEXAS 77002
KAREN.LANSDEN@USDOJ.GOV


ARIEL N. WILEY
ATTORNEY-IN-CHARGE IN CIVIL ACTION NO. 4:21-CV-3722
ASSISTANT UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1000 LOUISIANA, SUITE 2300
HOUSTON, TEXAS 77002
ARIEL.WILEY@USDOJ.GOV

/s/ Greg Gladden
GREG GLADDEN